COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:     01-16-00098-CV

Trial Court Cause
Number:     79855-CV

Style:     Michael  A.  McCann

    **v**  Spencer Plantation Investments, LTD

Date motion filed*:     June 13, 2016

Type of motion:     Motion to strike Appellee's brief

Party filing motion:     Appellant

Document to be filed:     Appellee's brief

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐   Granted

         If document is to be filed, document due:    

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☒   Dismissed as moot; <u>Appellee's brief was filed on June 13, 2016</u>

    ☐   Other:    

Judge's signature: <u>/s/ Terry Jennings</u>
         ☑ Acting individually     ☐ Acting for the Court

Panel consists of    

Date: <u>June 29, 2016</u>